| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Watkins, William K. | 2. Court or Organization U.S. District Court, M.D. AL | 3. Date of Report 07/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. Courthouse 1Church Street, E300 Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Manager/Sole Member | Rosewood Martin, LLC |
| 2. Managing Member | DQV, LLC |
| 3. Director, Shareholder | Powermaster, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 29 P 3: 59 FINANCIAL DISCLOSURE OFFICE

**Watkins, William K**

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/27/08 | Calhoun Faulk Watkins Attys fee earned prior to leaving private practice | $2,950.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Medical Outreach Ministries Salary |
| 2. 2008 | Troy University Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Ala. State Bar | 10/3-10/4/08 | Destin, FL | Speech, Labor Law Section | Room 2 nights |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Watkins, William K. | - | 07/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank | DQV, LLC Real Estate Loan | N |
| 2. Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 3. Bank of America | Credit Card Acct. | J |
| 4. Regions Bank | Line of Credit | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. [A.G.E.- WKW SEP] A.G.E. Bank Dep. Program Tier 3C *See VIII | A | Interest | J | T | | | | | |
| 19. Wachovia Corp. - Common | A | Dividend | J | T | | | | | |
| 20. E. D. Moseley Note | | None | J | U | | | | | |
| 21. Wachovia Bank - Dimensions Acct. | A | Interest | J | T | | | | | |
| 22. Principal: Variable Universal Life Policy | A | Int./Div. | J | T | | | | | |
| 23. Principal #302 WKW 318 Variable Universal Life | A | Int./Div. | J | U | | | | | |
| 24. Northwestern Mutual TM 010 Extraordinary Life | A | Int./Div. | J | T | | | | | |
| 25. American Funds - Capital Income Builder Fund Class F | D | Int./Div. | L | T | | | | | |
| 26. Macatawa Bank | B | Int./Div. | L | T | | | | | |
| 27. American Funds - Investment Co. America Class A Shares | B | Int./Div. | K | T | | | | | |
| 28. Seligman Communications & Info. Fund Class D Shares | A | Int./Div. | J | T | | | | | |
| 29. American Funds - Wash Mutl Invs Fd Inc Class A Shares | B | Int./Div. | L | T | | | | | |
| 30. Colonial BancGroup Inc. | A | Int./Div. | J | T | Buy | 10/13 | J | | |
| 31. General Electric Company | A | Int./Div. | J | T | Buy | 10/13 | J | | |
| 32. Kraft Foods Class A | A | Int./Div. | J | T | Buy | 10/13 | J | | |
| 33. Newell Rubbermaid Inc | A | Int./Div. | J | T | Buy | 10/13 | J | | |
| 34. Pfizer Inc | A | Int./Div. | J | T | Buy | 10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K. | 07/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Southern Company | A | Int./Div. | J | T | Buy | 10/13 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Line 1 is a commercial restaurant property owned 51% by filer. The undeveloped real estate was purchased on August 16, 1994, for $140,000. The commercial restaurant was constructed and placed into service on February 10, 1995, at a cost of $365,000, for a total cost of construction and undeveloped land of $495,000. The property is owned by a limited liability company, which, in turn, is owned 51% by the filer. The filer's ownership of the L.L.C., when it was formed on July 26, 1994, was 45%. The filer acquired an additional 6% ownership by gift on October 10, 2003. Except for the portion received by gift, the cost of the ownership units of the L.L.C. is equivalent to the cost of the undeveloped real property together with construction cost of the commercial restaurant located thereon.

VII. Line 5 was purchased on August 23, 2005, for $27,500.

VII. Lines 15 and 18. These are money market cash accounts with A. G. Edwards. The accounts and account numbers have not changed. On May 19, 2008, all Centennial Money Market Trust Accounts with A. G. Edwards were changed to A. G. Edwards Bank Deposit Programs. This coincided with the merger of A. G. Edwards and Wachovia Securities.